# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,        Civil No. 09-3420 (RHK/RLE)

vs.        **ORDER**

Thomas D. Huberty, et al.,

        Defendants.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: December 2, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge