## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 09-3420 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Thomas D. Huberty, Bradley E. Erpelding, Brad A. Ganzer, John P. Cashman, | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. No. 24), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on its merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 19, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge